UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH PARK, et al.,<br><br>   Plaintiffs,<br>v.<br><br>WELCH FOODS, INC.,<br><br>   Defendant. | Case No.: 5:12-cv-06449-PSG<br><br>**ORDER RE: DEFENDANTS' MOTION TO DISMISS, MOTION FOR MORE DEFINITE STATEMENT, AND MOTION TO STRIKE**<br><br>(Re: Docket Nos. 20, 34) |

In light of the court's order granting Welch's motion to dismiss with leave to amend, the court orders that any amended complaint shall be filed no later than October 30, 2013.[1]

**IT IS SO ORDERED.**

Dated: September 30, 2013

*(signature)*
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 34.

Case No.: 5:12-cv-06449-PSG
ORDER

1