

RICK L. SHACKELFORD (SBN 151262)
ShackelfordR@gtlaw.com
ADAM SIEGLER (SBN 113266)
SieglerA@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tel: (310) 586-7700; Fax: (310) 586-7800

Attorneys for Defendant,
WELCH FOODS, INC., A COOPERATIVE

Ben F. Pierce Gore (SBN 128515)
PGore@prattattorneys.com
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California 95126
Tel.: (408) 429-6506; Fax: (408) 369-0752

Attorneys for Plaintiffs,
ELIZABETH PARK and CAROLYN OTTO

**GRANTED**
Judge Paul S. Grewal

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PARK and CAROLYN OTTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELCH FOODS, INC., A COOPERATIVE,<br><br>Defendant. | Case No. CV12-6449-PSG<br><br>**Hon. Paul Singh Grewal, U.S. Magistrate**<br><br>**STIPULATION TO EXTEND TIME FOR BRIEFING AND HEARING ON PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>Current Response Date:  Feb. 23, 2015<br>New Response Date:       April 10, 2015<br>[Other dates to conform]<br><br>Initial Complaint Filed:  December 20, 2012<br>Trial Date:                      None Set |

Plaintiffs Elizabeth Park and Carolyn Otto and Defendant Welch Foods, Inc., A Cooperative ("Welch's") hereby stipulate through their respective counsel, as follows:

1. Plaintiffs' Motion for Class Certification was filed on January 12, 2015.
2. The Opposition brief of Welch's was due on February 23, 2015.
3. The Reply Brief of Plaintiffs is due on March 23, 2015.
4. The Hearing on the Motion is set for April 14, 2015.
5. The parties have cooperated with regard to depositions, but had to move the depositions of Plaintiffs and of the Welch's witnesses into late February and March, due to weather, travel and calendar issues.
6. The parties have confirmed with the Court Clerk that June 30 is presently available for a hearing, subject to the approval of the Court.

Accordingly, the parties stipulate as follows:

7. Good cause exists to move the Opposition, Reply and Hearing dates, because both sides need a fair opportunity to depose witnesses and utilize the transcripts in the briefing.
8. Subject to the approval of the Court, the briefing schedule will be extended as follows:
   Welch's Opposition:      May 12, 2015
   Plaintiff's Reply:       June 9, 2015
   Hearing:                 June 30, 2015 (Tuesday, at 10:00 AM)
9. Other dates in the Scheduling Order will be adjusted as necessary, by further order of the Court.

DATED:  March 24, 2015                    GREENBERG TRAURIG, LLP

                                          By:  _//S//:  Rick L. Shackelford_
                                               Rick L. Shackelford
                                               Attorneys for Defendant,
                                               WELCH FOODS, INC., A COOPERATIVE

2
STIPULATION TO EXTEND TIME TO RESPOND TO CLASS CERTIFICATION MOTION
*CV-12-6449-PSG*

| | | |
|---|---|---|
| 1 | DATED:  March 24, 2015 | PRATT & ASSOCIATES |
| 2 | | By:   //S//: Ben F. Pierce Gore |
| 3 | | Ben F. Pierce Gore<br>Attorney for Plaintiffs, |
| 4 | | ELIZABETH PARK and CAROLYN OTTO |

*LA 132015329v2*