RICK L. SHACKELFORD (SBN 151262)
ShackelfordR@gtlaw.com
ADAM SIEGLER (SBN 113266)
SieglerA@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California  90067-2121
Tel: (310) 586-7700; Fax: (310) 586-7800

Attorneys for Defendant,
WELCH FOODS, INC., A COOPERATIVE

Ben F. Pierce Gore (SBN 128515)
PGore@prattattorneys.com
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, California  95126
Tel.: (408) 429-6506; Fax: (408) 369-0752

Attorneys for Plaintiffs,
ELIZABETH PARK and CAROLYN OTTO

**GRANTED**
*Judge Paul S. Grewal*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PARK and CAROLYN OTTO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELCH FOODS, INC., A COOPERATIVE,<br><br>　　　　　Defendant. | Case No. CV12-6449-PSG<br><br>**Hon. Paul Singh Grewal, U.S. Magistrate**<br><br>**STIPULATION TO EXTEND TIME FOR BRIEFING AND HEARING ON PLAINTIFFS' CLASS CERTIFICATION MOTION**<br><br>Current Response Date:　April 10, 2015<br>New Response Date:　　June 26, 2015<br>[Other dates to conform]<br><br>Initial Complaint Filed:　December 20, 2012<br>Trial Date:　　　　　　None Set |

Plaintiffs Elizabeth Park and Carolyn Otto and Defendant Welch Foods, Inc., A Cooperative ("Welch's") hereby stipulate through their respective counsel, as follows:

1. Plaintiffs' Motion for Class Certification was filed on January 12, 2015.

2. The Opposition brief of Welch's was originally due on February 23, 2015, but was extended to May 12 by prior stipulation of the parties, as approved by the Court.

3. Despite the joint efforts of counsel, the parties have not been able to complete the out-of-state depositions of the expert witnesses in time for the transcripts to be available for the Opposition brief.

4. Counsel have worked together to schedule the depositions of Plaintiffs' three experts, Dr. Capps, Dr. Caswell, Dr. Scarbrough, for the last week of May and first week of June.

5. In the meantime, counsel have had some additional scheduling issues that have arisen, including an upcoming arbitration and a period of active duty military service in June.

Accordingly, the parties stipulate as follows:

6. Good cause exists to move the Opposition, Reply and Hearing dates, because both sides need a fair opportunity to complete the expert witness depositions and utilize the transcripts in the briefing.

7. Subject to the approval of the Court, the briefing schedule will be extended as follows:

   Welch's Opposition:         June 26, 2015
   Plaintiff's Reply:          July 23, 2015
   Hearing:                    August 18, 2015 (Tuesday, at 10:00 AM)

8. Other dates in the Scheduling Order will be adjusted as necessary, by further order of the Court.

DATED: May 1, 2015                GREENBERG TRAURIG, LLP

                                  By:  //S//:  Rick L. Shackelford
                                       Rick L. Shackelford
                                       Attorneys for Defendant,
                                       WELCH FOODS, INC., A COOPERATIVE

| | |
|---|---|
| DATED:  May 1, 2015 | PRATT & ASSOCIATES |
| | By:  *//S//: Ben F. Pierce Gore* |
| | Ben F. Pierce Gore |
| | Attorney for Plaintiffs, |
| | ELIZABETH PARK and CAROLYN OTTO |

LA 132099956v1