UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PARK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELCH FOODS INC.,<br><br>    Defendant. | Case No. 5:12-cv-06449-PSG<br><br>**ORDER DENYING MOTIONS FOR CLASS CERTIFICATION, SUMMARY JUDGMENT**<br><br>**(Re: Docket Nos. 57, 63)** |

The court previously stayed this case[1] pending the resolution of the Ninth Circuit appeals in *Brazil v. Dole Food Company, Inc., et al.*,[2] *Jones v. ConAgra Foods, Inc.*[3] and *Kosta v. Del Monte Foods, Inc.*[4] Plaintiffs' motion for class certification and to appoint class representatives and class counsel[5] and Defendant Welch Foods Inc.'s motion for partial summary judgment[6] are DENIED without prejudice to renewal upon the reopening of this case. Within seven days of the resolution of the Ninth Circuit's pending matters, the parties shall schedule a status conference by contacting the undersigned's courtroom deputy.

---

[1] *See* Docket No. 77.

[2] Case No. 14-17480 (9th Cir. filed Dec. 17, 2014).

[3] Case No. 14-16327 (9th Cir. filed July 15, 2014).

[4] Case No. 15-16974 (9th Cir. filed Oct. 2, 2015).

[5] *See* Docket No. 57.

[6] *See* Docket No. 63.

1

Case No. 5:12-cv-06449-PSG
ORDER DENYING MOTIONS FOR CLASS CERTIFICATION, SUMMARY JUDGMENT

**SO ORDERED.**

Dated: April 4, 2016

                                                                     _____
                                                                     PAUL S. GREWAL
                                                                     United States Magistrate Judge