1  BEN F. PIERCE GORE (SBN 128515)
   *PGore@prattattorneys.com*
2  PRATT & ASSOCIATES
   1871 The Alameda, Suite 425
3  San Jose, California  95126
   Tel.: (408) 429-6506; Fax: (408) 369-0752
4
5  RICHARD R. BARRETT
   LAW OFFICES OF RICHARD R. BARRETT, PLLC
   2086 Old Taylor Road, Suite 1011
6  Oxford, Mississippi 38655
   rrb@rrblawfirm.net
7  Tel.: (662) 380-5018  Fax: (866)430-5459

8  ELIZABETH PARK and CAROLYN OTTO

9  RICK L. SHACKELFORD (SBN 151262)
   *ShackelfordR@gtlaw.com*
10 ADAM SIEGLER (SBN 113266)
   *SieglerA@gtlaw.com*
11 GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
12 Los Angeles, California  90067-2121
   Tel: (310) 586-7700; Fax: (310) 586-7800
13 Attorneys for Defendant
   WELCH FOODS, INC.,  A COOPERATIVE
14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| ELIZABETH PARK and CAROLYN OTTO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELCH FOODS, INC., A COOPERATIVE,<br><br>Defendant. | **Case No. CV12-6449-TSH**<br><br>**Honorable Thomas S. Hixson**<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Initial Complaint Filed:  December 20, 2012<br>Trial Date:              None Set |

The parties, Plaintiffs Elizabeth Park and Carolyn Otto ("Plaintiffs") and Defendant Welch Foods, Inc., A Cooperative ("Defendant"), submit this joint motion to inform the Court to this matter has completed settlement and move the Court to dismiss the matter with prejudice under Federal Rule of Civil Procedure 41(a)(2).

DATED: April 11, 2019        GREENBERG TRAURIG, LLP

By:  *//S//: Rick L. Shackelford*
    Rick L. Shackelford
    Attorneys for Defendant,
    WELCH FOODS, INC., A COOPERATIVE

DATED: April 11, 2019        PRATT & ASSOCIATES

By:  *//S//: Ben F. Pierce Gore*
    Ben F. Pierce Gore
    Attorney for Plaintiffs
    ELIZABETH PARK and CAROLYN OTTO

LAW OFFICES OF RICHARD R. BARRETT, PLLC

By:*/s/ Richard R. Barrett*
    Attorneys for Plaintiffs
    ELIZABETH PARK and CAROLYN OTTO